JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
ASHLEY MARIE PAIGE BLACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MARIE PAIGE BLACK,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>        Defendant._____/ | NO.   2:21-cv-01947-KJN(SS)<br><br>JOINT STIPULATION WITH PREJUDICE; ORDER |

    The parties, plaintiff Ashley Marie Paige Black and Kilolo Kijakazi, Commissioner of Social Security, through their respective, undersigned counsel stipulate to dismissal of this action with prejudice, each side to bear its own costs and attorney fees.

    DATED:   January 27, 2022                              _/s/ Jesse S. Kaplan_

                                                                                JESSE S. KAPLAN
                                                                                Attorney for Plaintiff
                                                                                ASHLEY MARIE PAIGE BLACK

DATED: January 27, 2022     _/s/  Margaret Lehrkind_
(Per email authorization
MARGARET LEHRKIND
Assistant Special U.S. Attorney
Attorney for Defendant
KILOLO KIJAKAZI
Commissioner of Social Security

## ORDER

The Court approves the foregoing stipulation and the entire action is hereby dismissed with prejudice.

Dated:  April 11, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blac.1947